IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-01227-MSK-NYW

VALERIE G. HOBSON and E. DEAN HOBSON,

Plaintiffs,

v.

STATE FARM FIRE AND CASUALTY COMPANY,

Defendant.

## STIPULATION TO DISMISS

The parties have resolved all remaining issues in dispute and request that this Court dismiss this case with prejudice, each party to pay his or its own fees and costs.

Respectfully submitted this 18th day of June, 2018.

| | |
|---|---|
| s/ Heather A. Salg | s/ John C. Seibert |
| Heather A. Salg | John C. Seibert |
| Messner Reeves LLP | The Law Office of John C. Seibert, LLC |
| 7935 East Prentice Ave. \| Suite 312W | P.O. Box 2120 |
| Greenwood Village, CO 80111 | Durango, CO 81302 |
| Phone: (303) 623-1800 | Phone: (970) 403-0999 |
| Fax: (303) 623-0552 | Fax: (970)403-0998 |
| hsalg@messner.com | jseibert@durangolawyers.biz |
| ATTORNEYS FOR DEFENDANT | ATTORNEYS FOR PLAINTIFF |

{02900830 / 1}